**Maria Angelica MEMBRENO,
Petitioner,**

v.

**John ASHCROFT, Attorney
General, Respondent.**

No. 03–71214.

United States Court of Appeals,
Ninth Circuit.

Nov. 15, 2004.

Robert G. Berke, Esq., Los Angeles, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Richard M. Evans, Esq., Patricia K. Buchanan, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before HALL, BRUNETTI, and GRABER, Circuit Judges.

### ORDER

The per curiam opinion filed October 19, 2004 [385 F.3d 1245], is hereby WITHDRAWN.